# Court of Appeals
# of the State of Georgia

ATLANTA, October 06, 2020

*The Court of Appeals hereby passes the following order:*

**A21A0221. BRANDON BETTIS v. THE STATE.**

In 2017, Brandon Bettis pled guilty to aggravated assault on a police officer and several other offenses. In 2020, he filed a motion for an out-of-time appeal, which the trial court granted on July 16, 2020. On August 25, 2020, Bettis filed a notice of appeal.[1] We lack jurisdiction.

A defendant granted an out-of-time appeal by the trial court has 30 days from the grant of the motion to file a notice of appeal. See *Carr v. State*, 281 Ga. 43, 44 (635 SE2d 767) (2006); *Rowland v. State*, 264 Ga. 872, 876 (2) (452 SE2d 756) (1995). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rowland*, 264 Ga. at 872 (1). Bettis's notice of appeal is untimely, as it was filed 40 days after entry of the order granting his motion for an out-of-time appeal. Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 10/06/2020
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

Stephen E. Castlen , Clerk.

---

[1] Bettis's notice of appeal is dated August 11, 2020, but was not filed in the trial court until August 25, 2020.